Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Tampa Division

Michael Camacho

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v- Floritraw LLC
New mountain
Capital LLC

Profile Products LLC
Floritraw ESA, LLC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:26-cv-1064-WFJ-LSG

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒Yes ☐No

APR 13 2026 PM 3:12
FILED - USDC - FLMD - TPA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                Michael Camacho
Street Address      514 3rd St. N.E.
City and County     Fort Meade   Polk
State and Zip Code  Florida  33841
Telephone Number    863 273-9367
E-mail Address      Mpccamacho76@gmail.com

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

TPA # 174,085
$ 405

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                          Profile Products LLC

Job or Title *(if known)*

Street Address                750 W. Lake Cook Rd. suite 440

City and County               Buffalo Grove   Lake County

State and Zip Code            Illinois      60089

Telephone Number             (847) 215-3470

E-mail Address *(if known)*

Defendant No. 2

Name                          Floritan ESA LLC

Job or Title *(if known)*

Street Address                2404 Commerce Court

City and County               Bowling Green  Hardee

State and Zip Code            Florida    33834

Telephone Number             (941) 377-8666

E-mail Address *(if known)*

Defendant No. 3

Name                          New Mountain Capital LLC

Job or Title *(if known)*

Street Address                1633 Broadway, 48th floor

City and County               New York   New York

State and Zip Code            New York    10019

Telephone Number             (212) 720-0300

E-mail Address *(if known)*

Defendant No. 4

Name                          Floritan LLC

Job or Title *(if known)*

Street Address                6151 S. Greenwich Rd

City and County               Derby    Sedgwick

State and Zip Code            Kansas     67037

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name                    Floritzan

Street Address          2404 Commerce Court

City and County         Bowling Green    Hardee

State and Zip Code      Florida    33834

Telephone Number        1-941-377-8666

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]    Other federal law *(specify the federal law)*:    unlawful | wrongful
Title VI, Title IX Section VIII retaliation termination

[X]    Relevant state law *(specify, if known)*:  Florida Civil Rights Act 760.10
Florida whistleblower act Title XXXI 448.102

[ ]    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☒ Retaliation.     *Denied overtime*

☒ Other acts *(specify)*:    *Demotion, wronful termination*

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
*04/2024 through 01/07/2025*

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☒ age *(year of birth)* *12-22-1976* *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*
*Back and leg injuries / TED*

E.    The facts of my case are as follows. Attach additional pages if needed.
*See Attached*

E.

1. Hire Date September 7, 2021

2. Became Lead Maintenance Tech. in 2021

3. October 19, 2021-Profile Products acquired Florikan

4. January 10, 2022 - Profile Products acknowledged Lead Maintenance Position which was carried over from Florikan. Pay increase was given.

5. IN April 2024 about 3 days after Mark Santiago started at Florikan, he made a comment to me phrasing it in the form of a question. He said " You don't feel like you're too old to be doing this type of work?" I told Mark that I have outworked all the young guys who had worked at Florikan and would continue to outwork them. I told him my age had nothing to do with it. Throughout the following months Mark continued to make comments about me being too old to be working in Maintenance at Florikan. I talked to Joe Noel, Florikan's Safety director, who was

Previously the maintenance Manager, about the comments being made by Mark. I talked to Joe because I felt I had no one else to talk to about it because Maintenance Manager Mark Santiago, Plant Manager Mike Poffinbarger and HR Lindsey McCain were all friends that worked together at Fresco.

6. June 20, 2024 I brought in a doctors note after my eye surgery which required me to be on light duty for 3 weeks. I used almost 2 weeks of vacation and sick time to cover this period and then returned to work. Upon presenting the light duty script to Mark, he stated the eye surgery constituted a disability and that I needed a full release because I could not perform the work with a disability. He stated with my disabilities I should not be working at Floritan. At first he refused to let me return to work. He pressed me for detailed medical information regarding my eye surgery. After I stated he was violating HIPPA, He allowed me to work but refused

to give me bench work (light duty)
as stated by my doctor.
Camera footage of the facility will show
that Mark had me climbing ladders,
working in fertilizer dust, and doing
other task that could have been
detrimental to my recovery. It should
be noted that prior to my eye surgery,
Mark would make comments about my
disability with my eye. He would call
me names like bug eyes and say things
"are you looking at me or the white board
all white laughing.

7 In July Mark Santiago, Timothy Winters
and Tremaine Mitchell were back at the
shop area making racist comments about
Puerto Ricans and laughing about it.
Stating Puerto Ricans are like rats
infesting all the work areas and places
Stating you can't understand a single
word Puerto Ricans say even when
they are speaking english. They were
laughing then Mark said to me You're a
Puerto Rican Mike right? Again I
talked to Joe Noel. He smile try talking

To Mark about it. I talked to Mark and asked him to stop. It only made things worse, my overtime was cut. I was only allowed 40 hours per week while Marks friends, Timothy Winters and Theonane were allowed overtime. The discrimination, harrassment and comments about my disabilities continued.

8. August 1 2024. I gave a verbal and written statement to Lindsey McCain Human Resources Manager, regarding discrimination, harrassment, nepotism and hostile work environment by Mark towards me. Lindsey stated the head Human Resource Manager of Profile Products, Rebecca Young would be available at Florian in 2 weeks to speak with me about the incidents and that no one was to interfere with me or future action until after I met with Rebecca. Rebecca did not come in 2 weeks and her arrival was pushed an additional 2 weeks out. During that time frame I was demoted from Lead Maintenance Tech.

5

9. August 14 2024 I filed a complaint against Tremaine Mitchell for harrassment and racist comments. Tremaine kept calling me cry baby, Whinny boy. He called me a Puerto Rican spic piece of shit. He told me to run to HR like the little bitch your are. There were other issues that also happened.

10. August 28 2024 Mike Poffinbarger, Mark Santiago, Lindsey McCain, Rolando Powery, Timothy Winters and Tremaine Mitchell were in the conference room Larry Camacho and I were told to go into the conference room. At that time I was demoted by Mark, with approval from Mike Poffinbarger. I was demoted from Lead Maintenance Tech and I lost my office. I asked Mark why I was being demoted. He stated you know why. I asked about my office he stated "you lost that too" Mark Stated maybe Now you'll learn to roll with the punches." I strongly expressed that this was in retaliation to me filing a claim against him or

6

August 1st 2024. This demotion occurred before I had to opportunity to meet with Rebecca.

11   September 11 2024 - I met with Rebecca at 10:50 am, and told her about the incidents. I gave a written statement which now included retaliation Rebecca stated someone else from human resources, Shelly Garrett would be at the facility in a week or 2 to investigate

12. September 13 2024 - This is an alleged fabricated write up/Counseling session

13   September 18 2024 - I met with Shelly Garrett around 10:00 am and gave her a breif written statement. This statement summarized the 2 detailed statements I previously gave. She stated she would investigate the issues

14   October 7 2024 - I met with Shelly Garrett and Lindsey McCanse. The told me "I needed to let it go"

and made statements of "lets move forward", "forget it happened", "Lets start a new, and "Lets be a team". They were acting as if my complaints did not matter. Like I was in the wrong for reporting it.

15  October 24 2024 - This was the first and only write up/Counseling session I received during my entire employment at Floritzan. I submitted a rebuttal regarding this write up and stand by everything I stated.

16  October 28 2024 - I had a meeting with Lindsey, Mark and Joe Noel regarding the rebuttal to the October 24, 2024 write up. Mark admitted his write up was not accurate but Lindsey McLain refused to have him change it. eventhough Joe Noel spoke up about it.

17   As for Garretts investigation, I feel there was no real investigation done, especially since shelley told me I was blowing it out of proportion. She stated that I may have mistaken or misheard what Mark said or what he was meaning. These comments made me feel like she did not perform an unbaised investigation into my very serious complaints. I heard him clearly when he made comments about my age, disabilities, the way I looked and my ethnicity. The discrimination, harrassment, and retaliation continued for the rest of my employment. No action was taken by Florikan, Profile Products to stop the abuse by Mark Santiago which makes them liable for damages.

18   January 7th 2025 - I returned from a 3 week vacation to find out I was being terminated. I was terminated because I refused to "Let it go" I was wrongfully terminated for doing a protected activity.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*   04-12-2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   01-15-2026

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief for Discrimination, Harrassment, Nepotism, retaliation.

Equitable relief Front Pay 1,730,560.00 Compensatory and punitive damages 300,000.00

Page 5 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-12-2026

Signature of Plaintiff    _Michael Camacho_

Printed Name of Plaintiff    Michael Camacho

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____